AO 245D (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Supervised Release) |
| JORGE CORDOVA VILLASANA (1) | (For Offenses Committed On or After November 1, 1987) |

CASE NUMBER: 12CR2267-W

Sandra Hourani, Federal Defenders Inc.
Defendant's Attorney

**REGISTRATION No.** 62630008

THE DEFENDANT:
X   was found in violation based on his conviction   in   16CR1727-WQH

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following allegation(s) and orders supervised release revoked.

| Allegation Number | Nature of Violation |
|---|---|
| One (nv1) | Committed Law Violation |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

JUNE 12, 2017
Date of Imposition of Sentence

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

FILED JUN 12 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

DEFENDANT: JORGE CORDOVA VILLASANA (1)
CASE NUMBER: 12CR2267-W

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 21 months, 9 months to run concurrent to the sentence imposed in 16CR1727-WQH and 12 months to run consecutive to the sentence imposed in 16CR1727-WQH.

X  The court makes the following recommendations to the Bureau of Prisons:
   That the defendant is placed in a western region facility that would attend to the Defendant's illness.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy United States Marshal